**Order entered December 17, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00571-CR

**WINDELL STOKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 15-50472-422-F**

## ORDER

Before the Court is the State's December 12, 2018 second motion for an extension of time to file a brief. We **GRANT** the State's motion in part and **ORDER** the State's brief filed no later than **January 28, 2019**.

/s/     CRAIG STODDART
          JUSTICE